UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CESAR DUME PIMENTAL, *et al.*,

                              Plaintiffs,                    **24 Civ. No. 3611 (NRB)**

        -against-                                                 **PRE-SETTLEMENT
                                                                        CONFERENCE ORDER**

J.S. HELWIG & SON, LLC, *et al.*,

                                Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, February 5, 2025 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 404 835 202#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:     New York, New York
                 January 7, 2025

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge