# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                   (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

March 31, 2026

John Schemtisch
LONDON FISCHER LLP
Attorneys for Defendants
59 Maiden Lane
New York, New York 10038
(212) 972-1000

Re: **Pimental et al v. J.S. Helwig & Son, LLC et al., 24 Civ. 3611 (NRB)**

Dear Counsel:

We are in receipt of defendants' motion to compel several non-party subpoenas for depositions. ECF No. 46. The Court would like to discuss defendants' motion with all parties and hold a teleconference on Tuesday, April 7 at 11:00 A.M.

Plaintiffs may file a responsive letter on the docket by Monday, April 6 at 12:00 P.M.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: All counsel of record.