

# OFSHTEIN LAW FIRM, P.C.

**398 Kings Highway**
**Brooklyn, New York 11223**
**TEL: (718) 455-5252 FAX: (718) 455-5255**

April 1, 2026

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

|  |  |
|---|---|
| RE: | Pimentel vs. Reinart |
| DOL | 11/18/2022 |
| Docket No.: | 1:24-cv-3611 |

Dear Hon. Naomi Reice Buchwald:

I represent the plaintiffs, Ana Dume Pimentel, Rosaury Dilone, Josefina Garcia Dilone, in the above- referenced matter and herein submit this letter in advance of the April 7, 2026, scheduled conference regarding the motion to compel made by the defense.

I am writing to seek a brief adjournment of the conference. Prior to the scheduling of the conference, I had a pre-scheduled vacation. I will be away. This is the first request for an adjournment. I have consulted with counsel for co-plaintiff Cesar Pimentel and the Defendants. I have made multiple attempts yesterday and today to reach out to counsel for Cesar Pimentel on counterclaim. I did not receive a response yet. I will be signing off early for the Passover holiday and will be out for the following days. I therefore needed to have this filed prior to hearing from one of the parties. If agreeable with the court, April 13, 2026 has been circulated and works for all the parties that have responded.

Additionally, if your Honor will be granting the request for an adjournment, I would ask that the opposition deadline be extended as well to the date prior to the rescheduled conference.

Thank you in advance for any courtesies extended in this matter.

Application granted. The Court will hold a teleconference on April 13, 2026 at 1:00 P.M. The Court will send dial-in information to the parties shortly before the hearing.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
        April 2, 2026

Respectfully,

Moshe Katz